AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

WILD FISH CONSERVANCY; HARRIET S. BULLITT,

                Plaintiffs,

                    v.

KENNETH L. SALAZAR, in his official capacity as the Secretary of the United States Department of the Interior; et al.,

                Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-206-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED this matter is dismissed pursuant to the Order Granting Defendants' Motion to Dismiss entered on February 3, 2010, Ct. Rec. 26.

February 3, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas